## HOYLE v. STATE.
### No. 24790.

Court of Criminal Appeals of Texas.
May 31, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is murder with malice, with punishment assessed at confinement in the penitentiary for life.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.